## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                                       NO. 4:06CR00055-02 JLH

ARIZONA LOGAN                                                                                      DEFENDANT

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, Arizona Logan's petition to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is denied. That petition is dismissed with prejudice.

IT IS SO ORDERED this 29th day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE