**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:06CR00055-02 JLH

ARIZONA LOGAN                                                                                    DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, Arizona Logan's petition to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is denied. That petition is dismissed with prejudice.

IT IS SO ORDERED this 14th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE